ACCEPTED
12-15-00151-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/31/2015 2:42:40 PM
CATHY LUSK
CLERK

NO. 12-15-00151

| | | |
|---|---|---|
| ROLAND ODON | § | IN THE 12TH COURT OF APPEALS |
| | § | |
| V. | § | TYLER DIVISION |
| | § | |
| STATE OF TEXAS | § | STATE OF TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/31/2015 2:42:40 PM
CATHY S. LUSK
Clerk

## APPELLANT'S REQUEST FOR EXTENSION TO FILE BRIEF

TO THE HONORABLE COURT OF APPEALS:

NOW COMES Appellant before this Court, and Defendant in the Trial Court in Cause Number  before the 2nd Judicial District Court, Cherokee County, Texas, and files this his Motion for Extension to File Brief, pursuant to Rules 10.5(b) and 38.6 (d) of the Texas Rules of Appellate Procedure, and for same would show unto the Court as follows, to-wit:

### I.

Second Motion:

This is Appellant second motion for extension of the deadline for the filing of Appellant's Brief.

### II.

Original Brief Deadline:

Appellant's Brief was due to be filed on or before **August 25, 2015**.

### III.

Grounds for Extension:

Counsel would show that he is a solo practicioner with limited staff, and has recently deal this health issues of his wife and mother.  These events, along with the ordinary case load of civil and criminal cases Counsel deals with, has delayed Counsel's completion of the Appellant's Brief.

1

IV.

Requested Relief:

Counsel requests that the deadline for filing Appellant's Brief be extended to **August 31, 2015**. The subject request for extension is not sought for delay, but only that justice may be done.

V.

Brief Filed Today, 08-31-15:

Counsel would show that Appellant's Brief has been completed and is being e-filed today, August 31, 2015.

VI.

Conference:

Counsel would show that he conferred with opposing counsel and this Request is presented as UNOPPOSED.

VII.

Word Count Certificate:

Counsel certifies that WORD format character count is 368.

                              _____

                              STEN M. LANGSJOEN

WHEREFORE, PREMISES CONSIDERED, counsel requests that this Motion be granted.

Respectfully submitted,

_____
STEN M. LANGSJOEN
Attorney for Appellant
P.O. Box 539
Tyler, Texas 75710
Telephone: (903) 531-0171
Telefax: (903) 531-0187
TBA # 11922800

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered by certified mail, return receipt requested, and/or by "fax" transmission and/or by hand-delivery to District Attorney, Cherokee County, Texas, on this 31st day of August, 2015.


_____
STEN M. LANGSJOEN